2:

# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED

2015 JUL 21 A 11: 37

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 2:15-cr-127-JDL |
| v. | |
| | VIOLATION(S): |
| TODD RASBERRY | Title 21, U.S. Code, Sections 841(a)(1) |
| a/k/a "Champagne" | and 841(b)(1)(C) |

DEPUTY CLERK

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### Possession with Intent to Distribute Cocaine

On about July 15, 2015, in the District of Maine, defendant

### TODD RASBERRY
### a/k/a "Champagne"

knowingly and intentionally possessed with intent to distribute a mixture or substance containing

cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section

841(b)(1)(C) apply to the conduct described herein.

### COUNT TWO
### Possession with Intent to Distribute Heroin

On about July 15, 2015, in the District of Maine, defendant

### TODD RASBERRY
### a/k/a "Champagne"

knowingly and intentionally possessed with intent to distribute a mixture or substance containing

heroin, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section

841(b)(1)(C) apply to the conduct described herein.

A TRUE BILL,

Signature on File with the Clerk's Office

_____
GRAND JURY FOREPERSON

_____
Assistant United States Attorney

Dated: 7/21/15