# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

**CASE NAME:** USA v. TODD RASBERRY

**DOCKET NO:** 2:15-cr-00127-JDL

**PROCEEDING TYPE:** SUPPRESSION HEARING

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1 | | | Scarborough Police Department 7/15/2015 Dispatch Log | 10/15/2015 | 10/15/2015 | | 10/15/2015 |