# UNITED STATES DISTRICT COURT
District of Maine

## Witness List

| Case Name: USA v. TODD RASBERRY<br>Case No.: 2:15-cr-00127-JDL | | Proceeding Type:<br>Suppression Hearing |
|---|---|---|
| Presiding Judge: Jon D. Levy | Government's Attorney:<br><br>Julia M. Lipez, AUSA. | Defendant's Attorney:<br><br>Robert A Levine, Esq. |
| Courtroom Deputy: Neala Dunfey | | |
| Court Reporter: Dennis Ford | | |

| Gvt | Dft | Date | WITNESS |
|---|---|---|---|
| X | | 10/15/2015 | Paul Wolf |
| X | | 10/15/2015 | Andrew Flynn |
| X | | 10/15/2015 | Thomas LaPierre |
| X | | 10/15/2015 | Kris Sullivan |