UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) Criminal No. 2:15-cr-127-JDL |
| v. | )<br>) |
| | ) VIOLATION(S): |
| TODD RASBERRY | ) Title 21, U.S. Code, Sections 841(a)(1), |
| a/k/a "Champagne" | ) 841(b)(1)(C), and 846 |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE
### Possession with Intent to Distribute Cocaine

On about July 15, 2015, in the District of Maine, defendant

**TODD RASBERRY**
**a/k/a "Champagne"**

knowingly and intentionally possessed with intent to distribute a mixture or substance containing cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(C) apply to the conduct described herein.

### COUNT TWO
### Possession with Intent to Distribute Heroin

On about July 15, 2015, in the District of Maine, defendant

**TODD RASBERRY**
**a/k/a "Champagne"**

knowingly and intentionally possessed with intent to distribute a mixture or substance containing heroin, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(C) apply to the conduct described herein.

## COUNT THREE
**Conspiracy to Distribute Heroin**

Beginning on a date unknown, but not later than January 2015, and continuing until July 15, 2015, in the District of Maine and elsewhere, defendant

**TODD RASBERRY**
**a/k/a "Champagne"**

knowingly and intentionally conspired with others known and unknown to commit offenses against the United States, namely, the distribution and possession with the intent to distribute of a mixture or substance containing heroin, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(C) apply to the conduct described herein.

A TRUE BILL,

Signature Redacted. Original on File.

_____
GRAND JURY FOREPERSON

_____
Assistant United States Attorney

Dated: 10/21/15