UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No.  2:15-cr-127-JDL |
| ) | |
| TODD RASBERRY ) | |

**PROSECUTION VERSION**

If this case were to proceed to trial, the government would prove beyond a reasonable doubt that on July 15, 2015, in the District of Maine, the defendant, Todd Rasberry, knowingly and intentionally possessed with the intent to distribute heroin.  The government would prove the following facts through witness testimony and other physical evidence:

On July 15, 2015, federal agents learned that a female would be delivering a controlled substance to a specific location in Portland, Maine.  When confronted, the female admitted her involvement in the distribution of controlled substances and produced six knotted baggie corners of a brown powder substance that she had in her possession.  A chemist employed by the U.S. Drug Enforcement Administration (DEA) later determined that the six knotted baggie corners contained heroin, quinine and caffeine.

During the interview, the female disclosed that her source, the defendant, was located, along with additional drugs, in a hotel room in Scarborough, Maine that she had rented.  Federal agents proceeded to that hotel room and located the defendant.  A search of the hotel room produced sandwich baggies and a digital scale.  A pat down search of defendant produced a plastic bag containing four additional baggies.  A DEA chemist later determined that three of the baggies contained a brown powder substance that tested positive for heroin, quinine and caffeine

with an aggregate net weight of 51.1 grams.  The DEA chemist also determined that the fourth baggie contained quinine with a net weight of 24.7 grams.

There would be testimony from trained federal agents that the quantity of heroin possessed by the defendant, along with the plastic baggies and digital scale, are indicia and evidence of distribution.

Dated: May 27, 2016

        Thomas E. Delahanty II
        United States Attorney

        /s/ Jamie R. Guerrette
        Assistant United States Attorney
        U.S. Attorney's Office
        100 Middle Street Plaza, East Tower
        Portland, ME  04101
        (207) 780-3257
        Jamie.guerrette@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 27, 2016, I filed by hand the Prosecution Version with the Clerk of Court via electronic court filing which will send a copy of to the following:

    William Maselli, Esquire

    Thomas E. Delahanty II
    United States Attorney

    /s/Jamie R. Guerrette
    Assistant United States Attorney
    U.S. Attorney's Office
    100 Middle Street Plaza, East Tower
    Portland, ME  04101
    (207) 780-3257
    Jamie.guerrette@usdoj.gov