1

UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

_____

UNITED STATES OF AMERICA,          CRIMINAL ACTION

           Plaintiff,            Docket No:  15-cr-127-JDL

    -versus-

TODD RASBERRY,

           Defendant.

_____


Transcript of Proceedings

    Pursuant to notice, the above-entitled matter came on for **Arraignment** held before **THE HONORABLE JOHN H. RICH III**, United States Magistrate Judge, in the United States District Court, Edward T. Gignoux Courthouse, 156 Federal Street, Portland, Maine, on the 9th day of November, 2015, at 9:06 a.m. as follows:


Appearances:

For the Government:      Julia M. Lipez, Esquire
                         Assistant United States Attorney

For the Defendant:       Robert A. Levine, Esquire

      For the Record Operator:     Nicholas Gordon


Tammy L. Martell, RPR, CRR
Official Court Reporter


(Prepared from FTR and computer-aided transcription.)

1                (Open Court.  Defendant Present.)
2           THE COURT:  Good morning, counsel.
3           MS. LIPEZ:  Good morning, Your Honor.
4           MR. LEVINE:  Good morning, Your Honor.
5           THE COURT:  Good to see you.  For the record
6    first, Ms. Lipez, please call the Government's next matter.
7           MS. LIPEZ:  Yes, Your Honor.  This is United
8    States versus Todd Rasberry, Case No. 15-cr-127-JDL.  This
9    matter is before the Court for an arraignment on
10   superseding indictment.  Julia Lipez appearing for the
11   United States, and the defendant is present in the
12   courtroom along with his attorney Robert Levine.
13          THE COURT:  Thank you, Ms. Lipez.  And good
14   morning, Mr. Levine.
15          MR. LEVINE:  Good morning, Your Honor.
16          THE COURT:  Mr. Levine, have you had a chance to
17   review the superseding indictment with Mr. Rasberry?
18          MR. LEVINE:  I have, Your Honor.
19          THE COURT:  Very well.  In that case,
20   Mr. Rasberry, good morning.  Let me explain to you why you
21   are before me this morning.  As you know from talking to
22   Mr. Levine, the Grand Jury has returned a superseding
23   indictment.  So the purpose of the hearing this morning is
24   simply for me to take your plea in that connection.  This
25   is a very short proceeding.  I know that as Mr. Levine has

1    just indicated he has reviewed the superseding indictment
2    with you; but before I take your plea I will go over again
3    quickly both the charges that are contained in the
4    superseding indictment and the penalties that you face in
5    connection with those charges, and then I will take your
6    plea.
7        The superseding indictment does consist of three
8    counts.  In count one you are charged with possession with
9    intent to distribute cocaine in violation of Section
10   841(a)(1) of Title 21 of the United States Code; in Count 2
11   you are charged with possession with intent to distribute
12   heroin in violation of the same section of the same title;
13   and in Count 3 you are charged with conspiracy to
14   distribute heroin in violation of Section 846 and 841(a)(1)
15   and 841(b)(1)(C) of the same Title 21.
16       The penalties that you face in connection with the
17   charges against you contained in this superseding
18   indictment, Mr. Rasberry, should you be convicted of one or
19   more of the charges against you, are as follows:  As to
20   each of the three counts, Counts 1, 2 and 3, a term of
21   imprisonment of up to 20 years, a fine of up to $1 million,
22   or both, and a term of supervised release of at least three
23   years and not more than life.
24       Also, for any violation of supervised release, should
25   there be a violation in the future, the maximum term of

1 imprisonment that you would face, again as to each count,
2 would be two years, and the maximum additional term of
3 supervised release that you would face as to each count
4 would be life less any period of imprisonment that might be
5 imposed by the Court upon revocation of supervised release.
6     Also, Mr. Rasberry, should you be convicted of the
7 charges against you, you would be assessed a special felony
8 assessment of $100 per count or a maximum of $300 in this
9 case since, again, the superseding indictment does contain
10 three counts against you.
11     Counsel prepared to proceed with the arraignment at
12 this time for the Government?
13     MS. LIPEZ: Yes, Your Honor.
14     THE COURT: For the defense?
15     MR. LEVINE: Yes, Your Honor.
16     THE COURT: Thank you. All right, Mr. Rasberry,
17 we'll proceed with your arraignment beginning by my asking
18 are you Todd Rasberry, the individual named as the
19 defendant in this superseding indictment?
20     THE DEFENDANT: Yes.
21     THE COURT: Thank you, sir. And do you authorize
22 your attorney, Robert Levine, Esquire, standing next to
23 you, to speak and act for you in this matter?
24     THE DEFENDANT: Yes.
25     THE COURT: Thank you, sir.

1     Mr. Levine, you have indicated you have had a chance
2 to review the superseding indictment with Mr. Rasberry.
3 Are you satisfied that he understands both the charges
4 against him contained in the superseding indictment
5 together with the minimum penalties having reference to the
6 term of supervised release that this Court must impose and
7 the maximum penalties that this Court may impose should he
8 be convicted of the offenses with which he is charged?
9     MR. LEVINE: I am, Your Honor.
10     THE COURT: And is he prepared to plead at this
11 time?
12     MR. LEVINE: Yes.
13     THE COURT: Does he waive a full reading?
14     MR. LEVINE: Yes.
15     THE COURT: Thank you. You may proceed.
16     THE CLERK: Todd Rasberry, you are charged with
17 three counts of the superseding indictment bearing Criminal
18 No. 15-cr-127-JDL. How do you plead to the charges in
19 Counts 1 through 3, guilty or not guilty?
20     THE DEFENDANT: Not guilty.
21     THE CLERK: The defendant pleads not guilty.
22     THE COURT: The defendant's plea of not guilty is
23 accepted and the matter is continued for trial. Thank you,
24 Mr. Rasberry, you can be seated. Thank you, Mr. Levine.
25     Counsel, I have a note here that there is a motion to

1 suppress that's pending before Judge Levy; is that right?
2 MS. LIPEZ: Yes.
3 THE COURT: And as a result there are no
4 deadlines to be set today, do both sides agree with that?
5 MS. LIPEZ: That's correct, Your Honor.
6 THE COURT: All right. Very well. Anything else
7 that we need to do?
8 MS. LIPEZ: No, Your Honor, thank you.
9 THE COURT: All right. Thanks very much. We
10 will be in recess.
11 (End Of Proceeding.)

7

## **C E R T I F I C A T I O N**

I, Tammy L. Martell, Registered Professional Reporter, Certified Realtime Reporter, and Official Court Reporter for the United States District Court, District of Maine, certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

Dated:    February 7, 2017

/s/ Tammy L. Martell

Official Court Reporter