# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | 2:15-cr-00127-JDL |
| | ) | |
| TODD RASBERRY, | ) | |
| Defendant. | ) | |

## ORDER STAYING PROCEEDINGS RELATED TO MOTION FOR A SENTENCE REDUCTION

On December 2, 2016, Todd Rasberry was convicted of possession with intent to distribute heroin and sentenced to 138 months of imprisonment. He now seeks a sentence reduction, based on Amendment 782 to the United States Sentencing Guidelines. (ECF No. 148 at 1).

The United States Magistrate Judge filed a Recommended Decision (ECF No. 158) on August 25, 2017, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b), recommending that the motion for a sentence reduction be denied. Rasberry then filed an objection to the Recommended Decision (ECF No. 159) on September 8, 2017. The Government filed its response to the objection (ECF No. 160) on September 22, 2017. Rasberry filed a reply to the Government's response (ECF No. 161) on October 4, 2017.

In December 2016, four months before Rasberry filed his motion for a sentence reduction, he filed a notice of appeal regarding his sentence (ECF No. 116). Because

his appeal remains pending before the United States Court of Appeals for the First Circuit, this court may not exercise jurisdiction over the motion for a sentence reduction. *U.S. v. Distasio*, 820 F.2d 20, 23 (1st Cir. 1987) ("As a general rule with only limited exceptions, entry of a notice of appeal divests the district court of jurisdiction to adjudicate any matters related to the appeal. . . . Thus, a docketed notice of appeal suspends the sentencing court's power to modify a defendant's sentence.") (internal citations omitted). Given the absence of jurisdiction, I cannot act on the report and recommendation at this time.

It is therefore **ORDERED** that the defendant's Motion for a Sentence Reduction (ECF No. 148) and the Court's consideration of the Report and Recommended Decision (ECF No.158) are **STAYED** until such time as the Court receives a mandate from the Court of Appeals.

**SO ORDERED.**

**Dated this 30th day of October 2017.**

/s/ JON D. LEVY
**U.S. DISTRICT JUDGE**