UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Case No. 2:15-cr-00127-JDL |
| | ) |
| TODD RASBERRY. | ) |
| | ) |

**ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge John C. Nivison filed his Recommended Decision (ECF No. 158) on Todd Rasberry's Motion to Reduce Sentence (ECF No. 148) with the Court on August 25, 2017, pursuant to 28 U.S.C.A. § 636(b)(1)(B)(2018) and Fed. R. Civ. P. 72(b). Rasberry filed an Objection to the Recommended Decision (ECF No. 159) on September 8, 2017. The Government filed a Response to the Rasberry's Objection (ECF No. 160) on September 22, 2017.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. I concur with the Magistrate Judge's conclusions as set forth in his Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ACCEPTED** (ECF No. 158). Rasberry's Motion to Reduce Sentence is **DENIED** (ECF No. 148).

**SO ORDERED.**

Dated this the 29th day of June, 2018.

                                                   **/s/ Jon D. Levy**
                                            **U.S. DISTRICT JUDGE**