## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **TODD RASBERRY,** | **)** |
| | **)** |
| **Petitioner,** | **)** |
| | **)** |
| v. | **) 2:15-cr-00127-JDL** |
| | **) 2:18-cv-00506-JDL** |
| **UNITED STATES OF AMERICA,** | **)** |
| | **)** |
| **Respondent.** | **)** |

## ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

United States Magistrate Judge John C. Nivison filed his Recommended Decision (ECF No. 175) on Todd Rasberry's 28 U.S.C.A. § 2255 Petition (ECF No. 170) on April 11, 2019, pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2019) and Fed. R. Civ. P. 72(b). Rasberry filed an Objection to the Recommended Decision (ECF No. 176) on April 23, 2019.

After reviewing and considering the Magistrate Judge's Recommended Decision, together with the entire record, I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. I concur with the Magistrate Judge's conclusions as set forth in his Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 175) of the Magistrate Judge is hereby **ACCEPTED**, Rasberry's 28 U.S.C.A. § 2255 Petition (ECF No. 170) is **DISMISSED**, and a certificate of appealability is **DENIED** pursuant to Rule 11 of the Rules Governing Section 2255 Cases because no

substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C.A. § 2253(c)(2) has been made.

**SO ORDERED.**

**Dated this 26th day of June, 2019.**

> _/s/ Jon D. Levy_
> **CHIEF U.S. DISTRICT JUDGE**